**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SHARA ARMSTRONG** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 6:21-CV-170-JCB** |
| | § | |
| **CUMBERLAND ACADEMY** | § | |

<u>**PLAINTIFF SHARA ARMSTRONG AND DEFENDANT CUMBERLAND ACADEMY'S JOINT STIPULATION OF DISMISSAL**</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiff SHARA ARMSTRONG ("Plaintiff"), by and through her attorneys of record William S. Hommel, Jr. and the Hommel Law Firm, and Defendant CUMBERLAND ACADEMY, by and through their attorney of record, Joseph E. Hoffer and the law firm of Schulman, Lopez, Hoffer & Adelstein, LLP to file this Stipulation of Dismissal in the above-referenced civil action.

The above-referenced civil action has been resolved. As a result, Plaintiff no longer wishes to pursue the litigation. All parties respectfully request that the above-referenced civil action be dismissed, with prejudice. All parties wish to dismiss the lawsuit with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure with the stipulation that the Court will maintain jurisdiction over the case until the final settlement payment is made.

WHEREFORE, ABOVE PREMISES CONSIDERED, Plaintiff and Defendant respectfully that the above-referenced civil action be dismissed with prejudice. All attorneys' fees, expenses, and court costs related to this litigation should be paid by the party incurring same.

Respectfully submitted,

/s/ William S. Hommel, Jr.
William S. Hommel, Jr.
State Bar No. 09934250
bhommel@hommelfirm.com
Hommel Law Firm
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100 Telephone/Facsimile

ATTORNEY FOR PLAINTIFF


/s/ Joseph E. Hoffer
Joseph E. Hoffer
State Bar No. 24049462
jhoffer@slh-law.com
Schulman, Lopez, Hoffer & Adelstein, LLP
845 Proton Road
San Antonio, Texas 78258
(210) 538-5385 Telephone
(210) 538-5384 Facsimile

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing is being served on counsel for Defendant via electronic filing on the 22nd day of November, 2021.


/s/ William S. Hommel, Jr.
William S. Hommel, Jr.